*United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

SUMMONS IN A CIVIL CASE

CASE NO.: **04-80521 CIV-MARRA**

MAGISTRATE [illegible]

SEAN PENDLEBURY and LAUREL OVERTON, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

STARBUCKS COFFEE COMPANY, a foreign corporation, qualified to do business in Florida as STARBUCKS CORPORATION,

Defendant.

_____/

**TO:** **STARBUCKS COFFEE COMPANY,**
by serving its **REGISTERED AGENT:**
**The Prentice-Hall Corporation System, Inc.**
**1201 Hays Street, #105**
**Tallahassee, FL 32301**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

DANIEL R. LEVINE, ESQ.,
Florida Bar No.: 0057861
**SHAPIRO, BLASI & WASSERMAN, P.A.**
**Corporate Centre at Boca Raton, Suite 110**
**7777 Glades Road**
**Boca Raton, FL 33434**
**(561) 477-7800**

an answer to the Complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

DATE: JUN - 3 2004

CLARENCE MADDOX
CLERK OF THE U.S. DISTRICT COURT

By: _____
(Deputy Clerk)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left

_____

_____

☐ Returned unexecuted:

_____

_____

☐ Other (*specify*):

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

[1]As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| **DECLARATION OF SERVER** |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____<br>　　　　　　　　Date<br><br>　　　　　　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　　　　　　Signature of Server<br><br>_____<br>Address of Server |

H:\SBW LITIGATION DEPARTMENT\~DRL\ACTIVE CASES&FILES\Pendlebury\Trial\Summons.wpd