UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80521-CIV-MARRA/SELTZER

SEAN PENDLEBURY and LAUREL
OVERTON,

    Plaintiffs,

vs.

STARBUCKS COFFEE COMPANY,
a foreign corporation qualified to do
business in Florida as
STARBUCKS CORPORATION,

    Defendant.
_____/



FILED by _____ D.C.

JUL 27 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

Having considered defendant Starbucks Corporation's motion for enlargement of time to respond to plaintiffs' motion to permit court-supervised notification pursuant to 29 U.S.C. § 216(b),

NOW, THEREFORE, the Court hereby ORDERS that defendant's motion is GRANTED.

1. Defendant's response to plaintiffs' motion to permit court-supervised notification pursuant to 29 U.S.C. § 216(b) shall be due (a) 10 days from this Court's order deciding defendant's motion to stay consideration of plaintiffs' motion to permit court-supervised notification, if such motion is denied, or (b) 10 days following any period of discovery the Court may order pursuant to defendant's motion.

2. The statute of limitations for all putative class members shall be tolled from the date of this Order until the date defendant files its response to plaintiffs' motion to permit court-supervised notification pursuant to 29 U.S.C. § 216(b).

3.  The Court recognizes that Plaintiffs may object to the enlargement of time requested by Defendant based upon Defendant's representation in the motion that the parties were "unable to resolve the issues raised by this motion." (Motion for Enlargement of Time at 2.) The Court therefore has taken into consideration Plaintiffs' possible objection to the motion. However, due to the timing of the responses to the various motions involved, the Court has concluded that it is necessary to rule on the instant motion for enlargement of time without awaiting any formal written objection thereto by Plaintiffs.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of July, 2004.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to counsel of record