UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80521-CIV-MARRA / JOHNSON

SEAN PENDLEBURY and LAUREL
OVERTON, on behalf of themselves
and all others similarly situated,

     Plaintiffs,

vs.

STARBUCKS COFFEE COMPANY, a
foreign corporation, qualified to do
business in Florida as STARBUCKS
CORPORATION,

     Defendant.

_____/

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE REBUTTAL EXPERT REPORT**

Plaintiffs, by and through their undersigned counsel, on behalf of themselves and

all others similarly situated, hereby file their Response to Defendant's Motion for Extension

of Time to File Rebuttal Expert Report, and state as follows:

This Court previously set forth certain deadlines for disclosing trial witnesses and

serving expert reports. Thus, when the Plaintiffs served their trial witness list, they included

the identity of their expert witness. Defendant included no such expert witness on their

list.[1] Thereafter, Plaintiffs timely served their expert witness report. Because Defendant

previously failed to disclose any expert witness when it served its trial witness list, this

Court should not permit it to disclose an expert, rebuttal or otherwise, at this late juncture.

_____

[1]    Significantly, Plaintiffs mentioned the Defendant's failure to timely disclose
an expert when Plaintiffs filed their March 15, 2007 unopposed motion for
extension of time to file their expert report. *See* D.E. 282 at p. 2 n.1.

Moreover, even if Defendant was not obligated to disclose an expert when serving its trial witness list – which it no doubt will argue – Defendant offers no legitimate justification for needing an extension at this point.  Defendant has been in possession of the Plaintiffs' expert report for over a month.  The "survey instrument" to which the Defendant alludes (which Defendant now has) contains nothing more than the information already contained in the expert report (average hours worked by those plaintiffs who responded to the survey).  A copy of the expert report and an example of the survey instrument and response is included herewith as Exhibits "A" and "B".[2]

It is disingenuous at best for the Defendant to claim that it cannot determine whether a rebuttal expert is necessary until it has obtained information regarding the survey and survey results that form the basis for Plaintiffs' expert's calculations.  This is not exactly rocket science here; Mr. Crain simply performed a variety of simple mathematical calculations based upon a variety of scenarios (*e.g.* 2 versus 3 year statute of limitations, time and one-half versus half-time, etc.).  The survey simply provided Mr. Crain with the Plaintiffs' average number of *claimed* overtime hours per workweek.  Defendant was in a position to challenge the reliability of this information over a month ago.  It could easily have hired its own expert witness to propose an alternative method of gathering information relating to the average number of overtime hours *claimed* by the Plaintiffs report.

---

[2]     Contrary to Defendant's misrepresentation, the responses that formed the basis for Mr. Crain's hours calculations *are* included in the exhibits to his report.  *See* p. 4 of Exhibit "A" and exhibits C-F attached thereto.

Based on the foregoing, Defendant's motion should be denied.

Dated:      May 14, 2007      Respectfully submitted,
            Boca Raton, FL

*/s Daniel R. Levine*
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861
E-mail:  drlevine@sbwlawfirm.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail:  aschotiner@sbwlawfirm.com
SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Phone:     (561) 477-7800
Facsimile:   (561) 477-7722
Attorneys for Plaintiffs

## **Certificate of Service**

I hereby certify that on May 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF

*/s Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

**SERVICE LIST**

SEAN PENDLEBURY, et al. vs. STARBUCKS COFFEE COMPANY
Case No. 04-80521-CIV-MARRA/JOHNSON
United States District Court, Southern District of Florida

Daniel R. Levine, Esquire
E-Mail:  drlevine@sbwlawfirm.com
Adam S. Chotiner, Esquire
E-Mail:  aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:     (561) 477-7722
Attorneys for Plaintiffs

Nathan J. Oleson, Esquire
E-Mail:  noleson@akingump.com
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036-1564
Telephone:   (202) 887-4425
Facsimile:     (202) 887-4288

Susan N. Eisenberg, Esquire
E-Mail:  susan.eisenberg@akerman.com
Akerman Senterfitt
1 S.E. 3rd Avenue, 28th Floor
Miami, FL  33131
Telephone:   (305) 374-5600
Facsimile:     (305) 374-5095
Attorneys for Defendant