UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80521-CIV-MARRA / JOHNSON

SEAN PENDLEBURY and LAUREL
OVERTON, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

STARBUCKS COFFEE COMPANY, a
foreign corporation, qualified to do
business in Florida as STARBUCKS
CORPORATION,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF EXECUTION OF SETTLEMENT AGREEMENT

Plaintiffs, on behalf of themselves and all others similarly situated, and with the approval of Defendant's counsel, hereby give notice to the Court that the settlement agreement referenced by the parties during the August 20, 2008 telephonic hearing has been fully executed.

Dated:    August 21, 2008
            Boca Raton, FL

Respectfully submitted,

*/s Adam S. Chotiner*
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861
E-mail: drlevine@sbwlawfirm.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@sbwlawfirm.com
SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone:    (561) 477-7800
Facsimile:    (561) 477-7722
Attorneys for Plaintiffs

## Certificate of Service

I hereby certify that on August 21, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF

/s Adam S. Chotiner
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

SEAN PENDLEBURY, et al. vs. STARBUCKS COFFEE COMPANY
Case No. 04-80521-CIV-MARRA/JOHNSON
United States District Court, Southern District of Florida

Daniel R. Levine, Esquire
E-Mail:  drlevine@sbwlawfirm.com
Adam S. Chotiner, Esquire
E-Mail:  aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:    (561) 477-7722
Attorneys for Plaintiffs

Nathan J. Oleson, Esquire
E-Mail:   noleson@akingump.com
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036-1564
Telephone:   (202) 887-4425
Facsimile:    (202) 887-4288

Susan N. Eisenberg, Esquire
E-Mail:  susan.eisenberg@akerman.com
Akerman Senterfitt
1 S.E. 3rd Avenue, 28th Floor
Miami, FL  33131
Telephone:   (305) 374-5600
Facsimile:    (305) 374-5095
Attorneys for Defendant